IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

THOMAS W. ZACH,

    Plaintiff,

v.

BRIAN BEAHM, et al.,

    Defendants.

ORDER

Case No. 13-cv-849-bbc

THOMAS W. ZACH

    Plaintiff,

v.

JERRY MARWITZ, et al.,

    Defendants.

ORDER

Case No. 13-cv-850-bbc

THOMAS W. ZACH

    Plaintiff,

v.

BRIAN BEAHM, et al.,

    Defendants.

ORDER

Case No. 13-cv-851-bbc

Plaintiff Thomas W. Zach, a former prisoner, has filed three proposed civil complaints under 42 U.S.C. § 1983 alleging the defendants in these cases violated his constitutional rights while he was in the custody of the Wisconsin Department of Corrections. Plaintiff

requests leave to proceed *in forma pauperis* and supports his request with an affidavit of indigency.

The standard for determining whether plaintiff qualifies for indigent status is the following:

- From plaintiff's annual gross income, the court subtracts $3,700 for each dependent excluding the plaintiff.

- If the balance is less than $16,000, the plaintiff may proceed without any prepayment of fees and costs.

- If the balance is greater than $16,000 but less than $32,000, the plaintiff must prepay half the fees and costs.

- If the balance is greater than $32,000, the plaintiff must prepay all fees and costs.

- Substantial assets or debts require individual consideration.

In this case, plaintiff has no dependents and is currently unemployed. Plaintiff has no substantial assets. Accordingly, plaintiff may proceed without any prepayment of fees or costs.

ORDER

IT IS ORDERED that:

1. The motion filed by plaintiff Thomas W. Zach for leave to proceed without prepayment of fees in cases 13-cv-849, 13-cv-850 and 13-cv-851 (Dkt. # 2) is GRANTED.

2. No further action will be taken in theses cases until the court has screened the complaints pursuant to 28 U.S.C. § 1915 to determine whether the cases must be dismissed because the complaints are frivolous or malicious, fail to state a claim on which relief may be granted or seek monetary relief against a defendant who is immune from such relief.  Once the screening process is complete, a separate order will issue.

Entered this 13th day of December, 2013.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge